**RECEIVED**
CHARLOTTE, N.C.

JUN 28 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR115-MU |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL INDICTMENT |
| 1) ANTONIO WARD | ) | |
| (2) MARCUS PERRY | ) | |
| (3) CHE MCCLURKIN | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Superseding Bill of Indictment in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Superseding Bill of Indictment in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 30th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE