

RECEIVED
CHARLOTTE, N.C.
JUL 27 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR115-MU |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | INDICTMENT |
| (1) ANTONIO WARD | ) | |
| (2) MARCUS PERRY | ) | |
| (3) CHE McCLURKIN | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Superseding Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Superseding Bill of Indictment in the above-captioned case be unsealed.

This the 5th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

